✎ PS 8
(3/15)

# UNITED STATES DISTRICT COURT
for
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 23, 2016

SEAN F. McAVOY, CLERK

| U.S.A. vs. | Parisian, Thomas, Harold | Docket No. | 1:16-CR-02006-EFS-3 |
|---|---|---|---|

### Petition for Action on Conditions of Pretrial Release

COMES NOW Linda J. Leavitt, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Thomas Parisian, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Mary K. Dimke in the Court at Yakima, Washington, on the 26th day of April 2016, under the following condition:

**Condition #9**: Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner. Defendant may not possess or use marijuana, regardless of whether Defendant has been prescribed a medical marijuana card.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

The defendant is alleged to be in violation of his conditions of pretrial supervision in the Eastern District of Washington by:

**Violation #1**: Consuming controlled substance, methamphetamine, on June 16, 2016.

REQUESTING A SUMMONS BE ORDERED AT THIS TIME

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on:  June 23, 2016

by  s/Linda Leavitt

Linda J. Leavitt
U.S. Pretrial Services Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] The incorporation of the violations contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge.
[ ] Other

*M. K. Dimke*

Signature of Judicial Officer

6/23/2016
Date